**FILED**

03/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0636

_____

IN THE MATTER OF:

V.A.L. and J.D.L.,                                                    O R D E R

      A Youth in Need of Care.

_____

The record was filed for purposes of this appeal on January 8, 2020. Counsel for Appellant Mother was granted an extension of time and filed an *Anders* brief on March 20, 2020. Appellant Father has not filed an opening brief nor has he requested an extension of time to do so.

THEREFORE,

IT IS ORDERED that Appellant Father shall prepare, file and serve the opening brief on appeal no later than April 29, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice. No further extensions of time will be granted.

The Clerk is directed to provide a copy of this Order to Appellant Father personally and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2020